**In re CENTOCOR, INC.**

No. 2007–1192.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2008.

Brian A. Coleman, Drinker, Biddle & Reath LLP, of Washington, DC, argued for appellant. With him on the brief was Jaye S. Yung.

Christina J. Hieber, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Stephen Walsh, Acting Solicitor, and Mary L. Kelly, Associate Solicitor.

MICHEL, Chief Judge, RADER and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.